UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.:** |
| **v.** | : | **VIOLATION:** |
| | : | Wire Fraud |
| **MARCIA ANDERSON,** | : | (18 U.S.C. § 1343) |
| Defendant. | : | |

**INFORMATION**

The United States Informs the Court:

**COUNT ONE**
**(Wire Fraud)**

At all times material to the Information:

1. Washington Metropolitan Area Transit Authority (WMATA) was an organization or agency that was created to operate the regional transportation system in the National Capitol area. WMATA provided rail and bus service to a population of over three million people and had a transit zone which covers the District of Columbia, suburban Maryland, and Northern Virginia. For at least the last 10 years, WMATA's headquarters has been located at 600 Fifth Street N.W., in the District of Columbia.

2. From at least 2001 until her separation from WMATA in October of 2007, defendant MARCIA ANDERSON held the title of "Supervisor of Transit Sales Clerks," and oversaw the activities of ten to fifteen transit sales clerks who worked at three sales windows in Washington,

D.C., specifically located at: 4615 Fourteenth Street, N.W.; 17 M Street, S.E., and underneath 607 Thirteenth Street, N.W. (Metro Center subway station). As the Supervisor of Transit Sales Clerks, defendant MARCIA ANDERSON earned approximately $48,000 per year at WMATA. As a supervisor in the WMATA Transit Sales Office MARCIA ANDERSON was responsible for the collection and accounting for cash that was generated from transportation media sales at three WMATA sales offices in the District of Columbia.

3. From at least 2001 until October 2007, WMATA maintained sales offices in the District of Columbia in order to sell "Metro Fare Media" to the commuting public. Metro Fare Media refers to bus tokens, student passes, senior citizen passes, and Metro Fare Cards. Each sales office was operated by a transit sales clerk who engaged in individual sales transactions with customers at a walk-up window.

4. Each transaction was recorded by the transit sales clerk's cash register through a computer program called the WMATA POS (point of sale program). At the end of the transit sales clerk's shift, she or he generated a hand-written and computer generated report known as an "end-of-day balance sheet" (also known as a "cashiers balance report") and took it to his or her supervisor - such as defendant MARCIA ANDERSEN. This three page report had a detailed accounting of what Metro Fare Media the transit sales clerk sold during the shift, how much cash the transit sales clerk had in the cashier drawer, and how much remaining Metro Fare Media the transit sales clerk had in the cashier drawer, including cancelled Metrocheks.

5. Supervisor, defendant MARCIA ANDERSON finalized the report and daily faxed a copy of the report from Washington, D.C. to WMATA's treasury office located in Alexandria, Virginia, where it was used to verify the sales and cash that had been sent via WMATA carrier to

the WMATA treasury office each day. In addition to having faxed paper copies of the reports to WMATA's treasury office, no less than twice per week defendant MARCIA ANDERSON as the supervisor sent via the WMATA computer internet system an electronic journal from Washington, D.C. to the WMATA treasury in Alexandria, Virginia.

## The Scheme

6. From in or about 2001 through in or about October 2007, in the District of Columbia and elsewhere, defendant MARCIA ANDERSON, did devise and intend to devise a scheme and artifice to defraud, and to obtain money and property belonging to WMATA from its sales clerks drawers at the District of Columbia sales offices by means of false and fraudulent pretenses, representations, and promises.

## The Manner and Means of the Scheme

7. It was a part of the scheme that defendant MARCIA ANDERSON, used her position as a supervisor in the WMATA sales offices to get access to cash generated by the sales of Metro Fare Media.

8. It was further a part of the scheme that defendant MARCIA ANDERSON, obtained the cash generated from the Metro Fare Media sales by the sales clerk and would take physical control of the cash and converted the cash to her own use.

9. It was further part of the scheme that defendant MARCIA ANDERSON, in order to prevent the detection of cash shortages substituted expired or cancelled Metrocheks into the transit sales clerk's cashier drawer in an amount that approximated the stolen cash.

10. It was further a part of the scheme that defendant MARCIA ANDERSON, prepared end-of-day balance sheets that she presented to the transit sales clerk in order to obtain the signature of the transit sales clerk and to clear him or her to leave the premises.

11. It was further part of the scheme that defendant MARCIA ANDERSON, logged onto the computer after the transit sales clerk departed and re-balanced the mount of cash collected by the transit sales clerk and falsely represented the amount of cash WMATA had received and falsely increased the amount of Metrocheks WMATA had received.

12. It was further part of the scheme that defendant MARCIA ANDERSON, frequently forged the transit sales clerk's signature on the report and then sent the report via fax to the WMATA treasury office in Alexandria, Virginia, from one of three District of Columbia locations with full knowledge that officials at WMATA relied upon the reports in order to audit or verify the amount of cash that had been collected at the sales offices locations.

Use of the Wires

13. On or about the dates listed below, in the District of Columbia and elsewhere, defendant MARCIA ANDERSON, for the purpose of executing the above-described scheme and artifice to defraud and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce, by means of wire communications, certain writings, signals and sounds listed below:

| Count | Date | From | To | Description |
|---|---|---|---|---|
| One | September 24, 2007 | D.C. | Va. | End of Day Balance Report of Metro Sales |

**(Wire Fraud, Aiding and Abetting, Causing an Act to be Done, in violation of Title 18, United States Code, Section 1343).**

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
ANTHONY M. ALEXIS
Assistant United States Attorney
D.C. Bar # 384545
United States Attorneys Office
Federal Major Crimes Section
555 Fourth Street, N.W.
Fourth Floor
(202) 514-9416
Anthony.m.alexis@usdoj.gov