UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-105 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MARCIA ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick Yette, at telephone number (202) 353-1666 and/or email address Frederick.Yette@usdoj.gov . Frederick Yette will substitute for Assistant United States Attorney Anthony Alexis as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    Bar No.: 498610

    _____
    **FREDERICK YETTE**
    Assistant United States Attorney
    Federal Major Crimes Section,
    555 4th Street, NW, Room 4834
    Washington, DC 20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov

Case 1:08-cr-00105-CKK    Document 8    Filed 04/30/2008    Page 2 of 2