**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    :
                           :
          **Plaintiff**    :
                           :
      **vs.**    :       **CRIMINAL NO. 08-105**
                           :       **Judge Colleen Kollar-Kotelly**
                           :
MARCIA ANDERSON    :
                           :
      **Defendant**    :

<u>**ORDER**</u>

**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

       The probation office shall file its Presentence Report by no later than

<u>JULY 11, 2008</u>.

       The Parties shall file its Memorandum in Aid of Sentencing by

no later than <u>JULY 8, 2008</u>, it is further;

       ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor

on <u>AUGUST 8, 2008 AT 9:00 A.M.</u>

       IT IS SO ORDERED,

Date: _April 29, 2008_           _Colleen Kollar-Kotelly_
                                        **Colleen Kollar-Kotelly**
                                        **United States District Judge**

cc:    **Chambers**                      **Pretrial**
       **Files**                         **Anthony Alexis, Sr., AUSA**
       **Probation**                  **Billy Ponds, Esquire**

(N)