### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Case Number: 1:08-cr-105** |
| **v.** | : | **Judge Kollar-Kotelly** |
| | : | **Sentencing: August 8, 2008** |
| **MARCIA ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

===============================

### DEFENDANT'S MOTION FOR  PERMISSION TO TRAVEL OUT  OF THE JURISDICTION

MARCIA ANDERSON, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits the Defendant's Motion for Permission to Travel Out Of The Jurisdiction, and respectfully requests that this court enter an order granting this motion.  As grounds for this request, the defendant states as follows:

On April 22, 2008, the Court set the following pretrial release conditions for the defendant, Marcia Anderson:

1. Notify Counsel and Court of any plans to travel outside of the D.C. Metropolitan area.  An Order is required leave to the Metropolitan area.

2. Report to Pretrial Services Agency Room C-220 for evaluation and if positive program placement by Pretrial Services Agency.

3. Notify the Court within 24 hours of any change of address.

4. Surrender all passports to Pretrial Services Agency.

5. Comply with Booking Order.

The defendant requests permission to travel from the metropolitan area on July 3, 2008 to New Orleans, Louisiana and will return to the metropolitan area on July 6, 2008.

While in New Orleans, the defendant will stay at the Sheraton New Orleans, located at 500 Canal Street, New Orleans, Louisiana (See Exhibit A, Travel Itinerary).

Based on and in compliance with the afore-mentioned conditions of release, the defendant respectfully requests permission to travel out of the jurisdiction during the afore-mentioned period of time.

WHEREFORE, for the reasons stated herein, the defendant respectfully requests that this Court grant the Defendant's Motion for Permission to Travel Out Of The Jurisdiction.

Marcia Anderson
By Counsel

Respectfully submitted,

_____/s/_____
Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W.
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the Defendant's Motion for Permission to Travel Out Of The Jurisdiction was sent via electronic case management filing system Frederick Yette, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W. Washington, D.C. 20530 and to Sharon Smith, DC Pretrial Services, United States District Court for the, District of Columbia, 333 Constitution Avenue, NW, Room 2507, Washington, DC 20001 on this 25th day of June 2008.

_____
Michelle Anapol

EXHIBIT A

Print Message                                    Close this window

From "Hotels Etc." <service.tpn@cs.travelpn.com>
Date 2008/06/10 Tue PM 08:51:01 CDT
  To JLONG525@VERIZON.NET
Subject Hotels Etc. Reservation - New Orleans Louis Armstrong International Airport Trip

Dear Marcia:

Thank you for making your travel arrangements with Hotels Etc..
We've included a copy of your itinerary below for your records.


*************************************************************
Travel Alert!
*************************************************************

The TSA has adjusted its ban on liquids, aerosols, and gels, so you can now carry the following items on board your flight:
---------------------

>Travel-size toiletries (3 ounces or less) that fit comfortably in a quart-size, clear plastic zip-top bag. One zip-top bag is permitted per
passenger.  Beverages and other items purchased in the secure boarding area.

>At the security checkpoint, place the zip-top bag of liquids in a bin or on the conveyor belt for inspection.

>Passengers carrying on larger amounts of prescription liquid medications, baby formula, and diabetic glucose treatments must declare these
at the security checkpoint for additional screening.

Arrive at the airport early. Enhanced security measures may mean longer lines at security checkpoints.
This new security policy applies to all domestic and international flights departing from U.S. airports. We always recommend checking the TSA
Web site (www.tsa.gov) for the most up-to-date information about security procedures. If you are departing from a non-U.S. airport, be sure to
check that airport's security policies and pack accordingly.
---------------------




Reservation Status:
---------------------

Your Hotels Etc. reservation is complete. You can find out which documents are required for your destination by visiting:
http://www.travisas.com/partnerone/


To pass through airport security and proceed to your departure gate, you must
have both your boarding pass and a valid, government-issued photo ID.  Please
also note the additional documentation requirements above for international
flights.
We encourage you to recheck your flights 24 hours before departure for domestic
flights and 48 hours before departure for international flights.

As a reminder, your ticket is electronic, so you will not receive a paper ticket in the mail.

Your Hotels Etc. Trip ID is: 3816 2880 0994
Your phone number for this trip: 301.873.4751
Itinerary for:
Marcia Anderson
James long Jr

Flight Details:
----------------

Flight:    American Airlines flight 1047 ( non-stop )          For your boarding pass, use reference code OEDDMM for online or airport
check-in.Operated by American Airlines
Depart:    Baltimore Washington International Airport (BWI)          Thu, Jul 03 at 06:30 AM
Arrive:    Miami International Airport (MIA)          Thu, Jul 03 at 08:55 AM
Seat:      NSST NSST
Flight Time: 2 hrs 25 min
Status:    Confirmation Code: OEDDMM
           Note: This code may be used at the airline's self check-in kiosk.
Flight:    American Airlines flight 1451 ( non-stop ) Operated by American Airlines
Depart:    Miami International Airport (MIA)          Thu, Jul 03 at 11:25 AM

Arrive:    New Orleans Louis Armstrong International Airport (MSY)         Thu, Jul 03 at 12:20 PM
Seat:      NSST NSST
Flight Time: 1 hrs 55 min
Status:    Confirmation Code: OEDDMM
           Note: This code may be used at the airline's self check-in kiosk.
Flight:    US Airways flight 1702 ( non-stop )        For your boarding pass, use reference code EB5LTC for online or airport check-
in.Operated by US Airways
Depart:    New Orleans Louis Armstrong International Airport (MSY)         Sun, Jul 06 at 07:40 AM
Arrive:    Charlotte (CLT)        Sun, Jul 06 at 10:38 AM
Seat:      NSST NSST
Flight Time: 1 hrs 58 min
Status:    Confirmation Code: EB5LTC
           Note: This code may be used at the airline's self check-in kiosk.
Flight:    US Airways flight 2688 ( non-stop ) Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Depart:    Charlotte (CLT)        Sun, Jul 06 at 11:40 AM
Arrive:    Baltimore Washington International Airport (BWI)        Sun, Jul 06 at 01:14 PM
Seat:      NSST NSST
Flight Time: 1 hrs 34 min
Status:    Confirmation Code: EB5LTC
           Note: This code may be used at the airline's self check-in kiosk.


Hotel Details:
--------------

Hotel:     Sheraton New Orleans
           500 CANAL ST
           New Orleans LA  70130
           Tel: 5045252500

Room:      1 room,3 nights

           Room 1( 2Adults - Marcia Anderson )
           Traditional Room with 1 King Bed Non Smoking Non Refundable



Check-in:  Thu, Jul 03
Check-out: Sun, Jul 06
Policy:    Guaranteed Late Arrival
Status:
           Confirmation Code: C411411161


Ground Transport Details:
-------------------------

Provided By:  New Orleans Airport Shuttle
           Tel:504-522-3500
Type:      Round trip
Quantity:  2 Traveler (ages 6+)
Status:    Ground Transfer Confirmation - 470268134
Voucher:   http://go.travelpn.com/asp/TripRetrieve.do?
Service=TPN&itineraryId=381628800994&XFactorType=GT&BookingID=470268134&SupplierId=10127&emailInd=yes&affiliateId=10016593&
           NOTE: You must use the link above to print this voucher.


Travel Protection Plan - Policy # 2167-9500466
--------------------------------------------

You have added the Travel Protection Plan to your travel arrangements for the following passengers:
Marcia Anderson
James long Jr

Travel Protection Confirmation - 8E358313
The Travel Protection Plan includes reimbursement up to your total trip cost (max $2,000 per person) should you need to cancel or interrupt
your trip for covered reasons. It also includes coverage for trip delay, medical expenses, baggage loss or delay, and flight insurance. The
protection plan cost is non-refundable.  Please be sure to print out the full Description of Coverage
(http://go.travelpn.com/trips/CoverageDescription.do?Service=TPN&coverageTaken=1&affiliateId=10016593&subAffiliateId=none) attached to
take with you when you travel.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Case Number: 1:08-cr-105** |
| **v.** | : | **Judge Kollar-Kotelly** |
| | : | **Sentencing: August 8, 2008** |
| **MARCIA ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

===============================

**<u>ORDER</u>**

THIS CAUSE having come before the Court on the Defendant's Motion for Permission to Travel Out Of The Jurisdiction, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the Defendant's Motion for Permission to Travel Out Of The Jurisdiction is hereby GRANTED,

AND IT IS FURTHER ORDERED, that this Court hereby grants the defendant permission to travel out of the jurisdiction from the metropolitan area to New Orleans, Louisiana during the following period of time, July 3 through July 6, 2008.


_____
JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C. 20007

       Frederick Yette
       Office of the United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530

Sharon Smith
DC Pretrial Services
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Room 2507
Washington, DC 20001