UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                                          :
                                          :   Case Number: 1:08-cr-105
v.                                       :   Judge Kollar-Kotelly
                                          :   Sentencing: August 8, 2008
MARCIA ANDERSON,            :
                                          :
           Defendant.               :

FILED
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

*unopposed by the gov't + pretrial*

THIS CAUSE having come before the Court on the Defendant's Motion for Permission to Travel Out Of The Jurisdiction, and that Motion having been considered by the Court, and for good cause shown, it is this 26th day of June, 2008,

ORDERED, that the Defendant's Motion for Permission to Travel Out Of The Jurisdiction is hereby GRANTED,

AND IT IS FURTHER ORDERED, that this Court hereby grants the defendant permission to travel out of the jurisdiction from the metropolitan area to New Orleans, Louisiana during the following period of time, July 3 through July 6, 2008.

_____
JUDGE

cc:   Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C. 20007

       Frederick Yette
       Office of the United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530

Sharon Smith
DC Pretrial Services
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Room 2507
Washington, DC 20001