IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: 08-105 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **MARCIA ANDERSON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO LATE-FILE
### MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests permission to late-file its Memorandum in Aid of Sentencing. As grounds for this opposition, the government states the following:

1. The undersigned AUSA was assigned to this case after the defendant entered her guilty plea. The undersigned AUSA failed to check the due date for its sentencing memorandum until today, July 21st, and discovered that sentencing memoranda were due on Friday, July 18th.

2. The government apologizes to the Court and counsel for any inconvenience that may result of the late-filing, but we also believe that little, if any, prejudice to the defendant will occur as a result of the late-filing.

3. On July 21, 2008, the undersigned AUSA attempted to contact the defendant's counsel, Billy Ponds, Esq., to seek his concurrence for the late-filing, but was unable to speak with counsel.

WHEREFORE, the government respectfully requests permission to late-file its Memorandum in Aid of Sentencing.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar No.498 610

By:     /s/
    FREDERICK W. YETTE, DC Bar 385 391
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 08-105 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MARCIA ANDERSON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

Upon consideration of the government's Motion to Late-File Memorandum in Aid of Sentencing, and for good cause shown, it is this _____ day of July, 2008, hereby

ORDERED that the government's Motion is granted and clerk shall file the Government's Memorandum in Aid of Sentencing.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge