## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Case Number: 1:08-cr-105** |
| **v.** | : | **Judge Kollar-Kotelly** |
| | : | **Sentencing: August 8, 2008** |
| **MARCIA ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

==================================

### UNOPPOSED MOTION FOR LEAVE TO LATE FILE THE DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

MARCIA ANDERSON, by and through undersigned counsel, Billy Ponds, of The Ponds Law Firm, respectfully submits this Unopposed Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing.  In support thereof, the defendant states as follows:

The Defendant's Memorandum in Aid of Sentencing was to be filed with this Court on July 18, 2008.  July 25, 2008 was counsel's first opportunity to prepare and finalize the Defendant's Memorandum in Aid of Sentencing for filing with this Court. This is due to counsel's recent schedule as well as the date that counsel received documentary evidence in support of the Defendant's Memorandum in Aid of Sentencing.

Accordingly, it is respectfully requested that this Court accept the Defendant's Memorandum in Aid of Sentencing for filing.  Pursuant to a conversation with Assistant United States Attorney Fred Yette, the government does not oppose the request made by the defense for leave to late file the Memorandum in Aid of Sentencing.

WHEREFORE, for the reasons stated herein, the defendant respectfully requests that this Court grant the Unopposed Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing.

Marcia Anderson
By Counsel

Respectfully submitted,

_____/s/_____

Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W.
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Unopposed Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing was sent via electronic case management filing system to Fred Yette, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this 24th day of July 2008.

_____/s/_____

Billy L. Ponds

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Case Number: 1:08-cr-105** |
| **v.** | : | **Judge Kollar-Kotelly** |
| | : | **Sentencing: August 8, 2008** |
| **MARCIA ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

==============================

### <u>ORDER</u>

THIS CAUSE having come before the Court on the Unopposed Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2008,

ORDERED, that the Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that this Court hereby accepts the Defendant's Memorandum in Aid of Sentencing for filing with this Court.


_____
JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C. 20007

       Frederick Yette
       Office of the United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530

Sharon Smith
DC Pretrial Services
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Room 2507
Washington, DC 20001

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case Number: 1:08-cr-105 |
| v. | : | Judge Kollar-Kotelly |
| | : | Sentencing: August 8, 2008 |
| MARCIA ANDERSON, | : | |
| | : | |
| Defendant. | : | |

===============================

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

MARCIA ANDERSON, by and through undersigned counsel, Billy Ponds, of The Ponds Law Firm, respectfully submits the Defendant's Memorandum in Aid of Sentencing. In support thereof, the defendant states as follows:

From October 1998 to October 2007, Ms. Anderson was employed by the Washington Metropolitan Transit Authority (WMTA). From at least 2001 until her termination in October 2007, Ms. Anderson held the position of "Supervisor of Transit Sales Clerks". In this position, she was responsible for overseeing the activities of ten (10) to fifteen (15) transit sales clerks, as well as for the collection and accounting of revenues generated from the sales at three (3) WMATA sales offices in the District of Columbia.

From on or about 2001 through to 2007, Ms. Anderson created a scheme to embezzle funds. This scheme involved removing cash from the transit clerk's cashier draw and substituting it with cancelled Metrochecks. Concurrently, Ms. Anderson made false journal entries into the WMATA accounting system. After the transit sales clerk left the office, Ms. Anderson would log onto the computer, either using the transit sales clerk's password or by not logging the transit sales clerk out of the system, "re-balance" the amount of cash collected, decrease the cash by the amount that she had removed from the cash column on the cashier

balance report, and increase the number of Metrochecks the transit sales clerk had accepted for the day. In total, Ms. Anderson caused a loss of five hundred sixty thousand seven hundred and twenty two dollars and forty five cents ($560,722.45) to WMATA.

On April 16, 2008, Ms. Anderson was charged in a one-count Information with Wire Fraud, in violation of 18 USC §1343.  On April 23, 2008, Ms. Anderson entered a plea of guilty to wire fraud.  Furthermore, Ms. Anderson has agreed to pay full restitution.  By entering a pre-indictment plea, Ms. Anderson spared the government from expending resources to secure an indictment.  Furthermore, as a result of entering into a pre-indictment plea, the government was relieved of the financial and litigation costs associated with proceeding to trial, including but not limited to, witness and trial preparation.  As a result of her actions, Ms. Anderson did not cause any further financial burden upon the government or WMATA.  Moreover, Ms. Anderson accepted prompt responsibility for her actions, conduct and her transgressions and is remorseful for her conduct.

Additionally, Ms. Anderson submits that she has been cooperative and complied with her conditions of release, including reporting to pretrial services as required, maintaining her residence and gainful employment, remaining in the Washington D.C. area and surrendering her passport.  Subsequent to her involvement with the theft of funds from WMATA, Ms. Anderson has not engaged in any additional criminal conduct, she has made efforts to be a productive member of the community and to ensure that she is able to care for her family and children.

Ms. Anderson respectfully requests that this Court consider the attached letter from her employer, Peter Chen (signed by Yoke Tong), of Global Home Company.  This letter states that Ms. Anderson has worked for Global Home Company since February 2008 and that she is a reliable, dependable and trustworthy employee who provides a valuable service to the company

customers and to her co-workers (See Exhibit A, letter from Yoke Tong for Peter Chen, Global Home Company).  Carmen L. Gordon has described Ms. Anderson as a caring, attentive, supportive dependable and dedicated individual who is devoted to her children, her mother, who is sixty nine (69) years old, and the elderly.  This letter also references the capacity in which Ms. Gordon has known Ms. Anderson as well as the support Ms. Anderson has provided to her mother who has a heart condition (See Exhibit B, letter from Carmen L. Gordon).  Ms. Anderson's nephew, Clinton Anderson's letter mirrors the characteristics about Ms. Anderson that Ms. Gordon mentioned in her letter.  Mr. Anderson further described Ms. Anderson as selfless, hardworking, caring and an excellent mother.  Mr. Anderson further described an occasion when Ms. Anderson provided valuable guidance and encouragement after his mother had passed away in July of 1988 (See Exhibit C, letter from Clinton Anderson).  Muriel James' has also provided a letter in support of Ms. Anderson and the mercy she is requesting on behalf of Ms. Anderson (See Exhibit D, letter from Muriel James).  Most importantly, Ms. Anderson's mother, Laurel A. Frampton, has expressed how her daughter has been a good daughter to her and that Ms. Anderson is all that she has in her life.  In her letter, Ms. Frampton described the valuable contributions her daughter has in her life as well as to her children, whom Ms. Anderson raised on her own (See Exhibit E, letter from Laurel Frampton).  As a single parent, Ms. Anderson is solely responsible for the care and welfare of her two children, Andy and Lavana.  This is even more important for Ms. Anderson's daughter given her age and a daughter's need to be able to turn to her mother for guidance and advice in the formative years. Ms. Frampton's letter is a testament to this assertion.

In sum, Ms. Anderson's acceptance of responsibility demonstrates that she sought to acknowledge rather than deny her wrongdoing.  Given the circumstances in this case in contrast

to the information contained in the attached letters, Ms. Anderson's conduct can be described as uncharacteristic and aberrational.   The instant case represents Ms. Anderson's first criminal violation and her first encounter with the justice system.

Furthermore, Ms. Anderson has already been exposed to a form of punishment as a result of the public and personal humiliation and embarrassment she has suffered as a consequence of her actions.   This case received extensive media coverage in the metropolitan area. This media attention caused Ms. Anderson as well as her family, friends and colleagues to suffer significant embarrassment and humiliation.   This publicity caused her as well as her family to face unfavorable and demeaning comments from former and present co-workers as well as colleagues and acquaintances.

In conclusion, Ms. Anderson respectfully requests that this Court consider the information contained in this Memorandum in Aid of Sentencing when the sentence is remanded in this case.   Ms. Anderson further requests that this Court consider her role as a single parent and the need for her to continue to provide for her children's care, welfare and support as well as to care for her mother.   Accordingly, undersigned counsel, on behalf of Ms. Anderson respectfully requests that the Court consider a departure from the recommended guideline range of a period of thirty three (33) months to forty one (41) months and sentence her to an extensive period of home detention or placement in a halfway house with privileges to maintain her employment, attend her children's school or related activities and fulfill her household responsibilities, religious observation and to attend to her mother's physical and medical needs. Or in the alternative, if this Court is inclined to sentence Ms. Anderson to a period of incarceration, it is respectfully requested that the Court sentence her to a term of imprisonment at the low end of the above-noted recommended guideline range.   The above-noted requests are

based on the factors enumerated in this Memorandum in Aid of Sentencing, including but not limited to, Ms. Anderson's overall character, her past criminal history as well as the cooperation that she has demonstrated in this case.

Marcia Anderson
By Counsel

Respectfully submitted,

_____/s/_____
Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W.
Suite Two
Washington, D.C. 20007
(202) 333-2922

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the Defendant's Memorandum in Aid of Sentencing was sent via electronic case management filing system to Fred Yette, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this 23rd day of July 2008.

_____/s/_____
Billy L. Ponds

EXHIBIT A



# Global Home Company

### Planning Globally. Working Locally

July  8, 2008

To Whom It May Concern;

This letter is in reference to Ms Marcia D Anderson.   Ms Anderson   come   to  us at the beginning of February 2008.  She is a valuable   asset  to our company.

Ms Anderson come to us at a time when we need reliable help along with dependability , trust  and most of all someone who know what they are doing with little assistant.

Ms  Anderson show quality in her work, as well as professionalism  both to our customer and co-worker. She is well like by everyone who come in contact with her and she  gives  her best  to made sure the job is done right. Whatever problem arises she is always on  top of it and that the customer is satisfied with the results.

She is hard working ,  always on time , always there to help whenever we ask  without complaining and she make sure the problem is resolve .

We value her here at Global Home and hope that she will continue a long professional relation with the company , she bring  great improvement and more clients to our business.

Thank you

Sincerely

YOKE TONG   FOR   PETER CHEN

E X H I B I T   B

TO:     The Honorable Judge

FRO:    Carmen L. Gordon

SUBJ:   Ms. Marcia Anderson

DATE:   July 17, 2008

TEL:    301-365-5510


Dear Your Honor,

This memo is in support of Ms. Marcia Anderson whom I have known for the past twenty (20) years.

My name is Carmen L. Gordon.  I reside in Bethesda, Maryland.  My occupation is a Licensed Child Daycare Provider.  I have worked in this capacity for several years, taking care of young children to allow their parents to work worry free, knowing that their precious little ones are left in a friendly, warm, loving, secure, Christian environment.  I am currently a member of the First Seventh Day Adventist Church in Washington, D.C., where Ms. Anderson attended church services during her young adult years and where Ms. Anderson's mother, Mrs. Laurel Frampton, is currently a member.  Ms. Anderson's mother and I were roommates for several years and it was during those years that I had the opportunity to share a relationship with Ms. Marcia Anderson.

During the years that I have known Ms. Anderson, she has always been a caring, attentive, supportive, dependable and dedicated individual, especially toward her children, her mother, and the elderly.

I am writing this petition on behalf of Ms. Anderson to plead with you, your Honor to consider Ms. Anderson's young children when sentencing her as well as Ms. Anderson's ailing mother who has a heart condition.


Ms. Anderson was raised in a loving home and has always shared that love with others, including her children.  Ms. Anderson is her mother's only physical and moral support and separating her from her mother for a prolonged period of time will be devastating

to her mother, if not fatal.  It will also destroy her children, who are solely dependent upon her for support.

As your Honor knows, children need both their parents.  In this instant case Ms. Anderson is a single parent to two (2) children.  Separating Ms. Anderson from her children, especially her daughter, who is at the age when she needs her mother most would not benefit her daughter.  I am pleading with Your Honor to be lenient in this regard.

Finally, I want to thank you for taking the time to read this petition on behalf of Ms. Anderson and I thank you for your consideration in this matter.  I am available at the telephone number listed above should Your Honor wish to speak with me regarding any aspect of this petition.

Very truly yours,

Carmen L. Gordon

E X H I B I T   C

Clinton Anderson, RN
2257 Peach Shoals Circle
Dacula, GA 30019

07/15/2008

To Whom It May Concern,

My mother died in July, 1988 and as a teenager my Aunt Marcia Anderson was one of the few people that I could turn towards for guidance and encouragement. I have known her for practically all my adult life and the person that I have known has been an extremely hard worker and one of the kindest people that I have ever met. She has been a pillar of support for our entire family and a person that will try to help anyone if she can.  Her kindness is admired by many. Many times when I was in need of support, I purposely refused to ask Marcia for assistance because I knew she would deprive herself of basic needs to help me and I never wanted to put her in that position.

Marcia is a wonderful mother to her children, Andy and Lavana.  She always strives to do what is best for her children. Even through a very rough time with her ex-husband, Marcia continued to have a vibrant and cool personality and always focused on her children.  Although living in the NY/NJ area, I often visited Marcia for the holidays where we would have family dinners. Both friends and family would partake in the festivities and it amazed me that no one knew what she was going through because her main focus was always for everyone to be happy and together.

I can always say that if there is one place that I can show up unannounced it is my Aunt Marcia's house because she is always welcoming of me and my family.  If I have to use words to describe Marcia the words that come to mind are kind, selfless, hard working, very caring and an excellent mother. Marcia is a very wonderful person, someone I admire and love and I would not want to have better person for an aunt.

Please take all I have said about Marcia into consideration when making your sentencing decision. I hope this letter helps you have a better picture about who Marcia really is. Thank you for allowing me to share my feelings about my aunt.

Yours Truly,

Clinton Anderson, RN

E X H I B I T   D

265 N W 135 Street
North Miami Fl 33168

7/14th/08
To The honorable Judge.

Dear Judge Good Morning
I found a great day That I can write a letter To The Justice
of The Law. Yet Not Worthy but I am seeking for Mercy
and is only you The Honorable Judge Can help. you can adjured
adjuring, I a poor little old lady begging you Judge, please
Help me as administrator of The Law. you Execute Judgement,
dayly, So I Can lean on you for help Please Noble One,
Marica Anderson is My Niece and My Baby she is My Child
she is Dear to My heart and if she is hurt I am hurt. I am
depending on you My loving Judge, My Name is Muriel —
James, I am pleading In The Name of Jesus Christ our Lord
Please help in the verry best you can thank you Judge with
Greatefull Appreciative heart, and I know you will help So
I Thank you for your kindNess. Thank in Advance.

God Bless you Judge.

yours truly Muriel James

E X H I B I T   E

TO: The Honorable Judge
FRO: LAUREL A. FRAMPTON
SubJ: MS Marcia D. ANDERSON
DATE July 16, 2008
TEL: 202 723-3046

DEAR Your Honor,
This memo is iN SUPPORT OF MS. Marcia-
D. Anderson She is my daughter she is
ALL I have to help me in Life I will
be 69 years ohd on August 9-2008 I
am VERY sickly I have high blood Pressure
ArThriTis, diabeTes, heart Problem I dont see
Too well. I raise a good daughter-
what went wrong I dont Know all She is
a wounderful daughter to me and
a good mather to her children. without
her I dont Know what her Kids and my
self will do. She is a single mother
So I am begging you for mercy
on her She is my oney. Please, Please
I am asking you to have mercy and
to for give her trangression, I am
so distress my Pain is heavy Please Pardon
her I am begging you. I need her and the
children do also. Please help me have-
mercy and forgive her. Be mercyfull.
(P)

I know she is sorry I raise a good daughter good daughter.
I am begging you for mercy.
God bless you in advance I am a church person that my life I am living in the district ward 4.

Thank you
your Truly
Laurel A. Trampled