IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 08-105 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MARCIA ANDERSON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, Billy Ponds, Esq., hereby move this Court to vacate the current sentencing date of August 8, 2008, and reschedule the sentencing hearing for a date in late September or October that is convenient to the Court and parties. As grounds for this motion, the parties state the following:

The defendant's sentencing hearing is set for August 8, 2008, and both parties have submitted sentencing materials. However, there is an outstanding issue the parties would like to address, and that issue may have some impact on the Court's sentencing decision. The parties cannot effectively address the issue until early September, and therefore each party is in favor of a brief continuance of the current sentencing date.

The defendant, through counsel, Billy Ponds, Esq., joins this motion to reschedule the sentencing hearing, and has authorized the undersigned AUSA to submit this motion on his behalf.

On July 28, 2008, the undersigned consulted with the Court's Courtroom Deputy, Mrs. Dorothy Jones-Patterson, and agreed to reschedule the sentencing date for October 3, 2008. Accordingly, the parties request that the Court reschedule the sentencing hearing for October 3, 2008, at 9:15 a.m.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:     /s/
        Frederick Yette, DC Bar # 385391
        Assistant U.S. Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-1666
        Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 08-105 (CKK) |
| | : |
| v. | : |
| | : |
| **MARCIA ANDERSON,** | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the sentencing hearing scheduled for August 8, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on October 3, 2008, at 9:15 a.m.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge