UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
: Case Number: 1:08-cr-105
v. : Judge Kollar-Kotelly
: Sentencing: August 8, 2008
MARCIA ANDERSON, :
:
Defendant. :
==================================

**FILED**

JUL 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

THIS CAUSE having come before the Court on the Unopposed Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this __31__ day of __July__, 2008,

ORDERED, that the Motion for Leave to Late File the Defendant's Memorandum in Aid of Sentencing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that this Court hereby accepts the Defendant's Memorandum in Aid of Sentencing for filing with this Court.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, N.W.
     Suite Two
     Washington, D.C. 20007

     Frederick Yette
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

Sharon Smith
DC Pretrial Services
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Room 2507
Washington, DC 20001