IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-105 (CKK) |
| v. | : | |
| MARCIA ANDERSON, | : | **FILED** |
| | : | JUL 3 1 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's Motion to Late-File Memorandum in Aid of Sentencing, and for good cause shown, it is this **31** day of July, 2008, hereby *nunc pro tunc*

ORDERED that the government's Motion is granted and clerk shall file the Government's Memorandum in Aid of Sentencing.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge