IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 08-105 (CKK) |
| v. | : |
| MARCIA ANDERSON, | : |
| Defendant. | : |

**FILED**

JUL 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this __31__ day of __July__, 2008,

ORDERED, that the sentencing hearing scheduled for August 8, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on October 17, 2008, at 9:00 AM.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge